### IRVING v. PULLMAN CO.

(Supreme Court, Appellate Term.    June 22, 1903.)

1. CARRIERS—SLEEPING CAR COMPANIES—LOSS OF PROPERTY—NEGLIGENCE.
   Where a passenger on a sleeping car gave his umbrella to a porter, who was alone in charge of the car, and it was never returned to him, the negligence of the company was sufficiently shown to sustain a judgment for its value.

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Richard A. Irving against the Pullman Company. From a judgment in favor of plaintiff, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and GILDERSLEEVE and MacLEAN, JJ.

Saunders, Webb & Worcester, for appellant.
R. A. Irving, for respondent.

PER CURIAM. The plaintiff was a passenger on defendant's sleeping car. He gave his umbrella to the porter, who alone was in charge of the car, to take to his berth, and then went to bed. The next morning he could not find the umbrella. No explanation of its loss has been furnished by defendant. Apparently the plaintiff did not see the umbrella after giving it to the porter to be carried to his berth. The justice gave judgment for plaintiff for $5 damages and $2 costs. Under the undisputed evidence of plaintiff, we will not interfere with the conclusion of the court below, as the negligence of defendant is sufficiently shown. See William v. Webb, 27 Misc. Rep. 508, 511, 58 N. Y. Supp. 300 (Leventritt, J.); Carpenter v. R. R. Co., 124 N. Y. 53, 57, 26 N. E. 277, 11 L. R. A. 759, 21 Am. St. Rep. 644.

Judgment affirmed, with costs.